**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF TENNESSEE

Case number *(if known)* ____________ Chapter **11**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**06/22**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **LEBANON PLATINUM, LLC** |
| **2.** | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | **DBA HAMPTON INN & SUITES** |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **20-5961538** |
| **4.** | **Debtor's address** | **Principal place of business**<br>**1065 FRANKLIN ROAD**<br>**Lebanon, TN 37090**<br>Number, Street, City, State & ZIP Code<br>**Wilson**<br>County<br><br>**Mailing address, if different from principal place of business**<br>**111 BROADWAY SUITE 300**<br>**Nashville, TN 37201**<br>P.O. Box, Number, Street, City, State & ZIP Code<br>**Location of principal assets, if different from principal place of business**<br>Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

■ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

- ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
- ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
- ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
- ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

Debtor **See Attachment** Relationship
District When Case number, if known

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency
Contact name
Phone

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

. *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

9/29/23 3:48PM

Debtor **LEBANON PLATINUM, LLC** Case number (*if known*)
Name

☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Official Form 201 **Voluntary Petition for Non-Individuals Filing for Bankruptcy** page 4

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **September 29, 2023**
MM / DD / YYYY

**X** **/s/ MITCH PATEL**
Signature of authorized representative of debtor

**MITCH PATEL**
Printed name

Title **MANAGER OF LLC**

**18. Signature of attorney**

**X** **/s/ Steven L. Lefkovitz**
Signature of attorney for debtor

Date **September 29, 2023**
MM / DD / YYYY

**Steven L. Lefkovitz 5953**
Printed name

**LEFKOVITZ & LEFKOVITZ**
Firm name

**908 HARPETH VALLEY PLACE**
**NASHVILLE, TN 37221**
Number, Street, City, State & ZIP Code

Contact phone **615-256-8300** Email address **slefkovitz@lefkovitz.com**

**5953 TN**
Bar number and State

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF TENNESSEE

Case number *(if known)* ____ Chapter **11**

☐ Check if this an amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| | | | | | |
|---|---|---|---|---|---|
| Debtor | **COOKEVILLE PLATINUM, LLC** | | | Relationship to you | |
| District | **TO BE FILED MIDDLE DISTRICT OF TN** | When | | Case number, if known | |
| Debtor | **DESTIN PLATINUM, LLC** | | | Relationship to you | |
| District | **TO BE FILED MIDDLE DISTRICT OF TN** | When | | Case number, if known | |
| Debtor | **MURFREESBORO PLATINUM, LLC** | | | Relationship to you | |
| District | **TO BE FILED MIDDLE DISTRICT OF TN** | When | | Case number, if known | |
| Debtor | **PLATINUM GATEWAY II, LLC** | | | Relationship to you | |
| District | **TO BE FILED MIDDLE DISTRICT OF TN** | When | | Case number, if known | |
| Debtor | **VMV, LLC** | | | Relationship to you | |
| District | **TO BE FILED IN THE MIDDLE DISTRICT OF TN** | When | | Case number, if known | |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | LEBANON PLATINUM, LLC |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF TENNESSEE |
| Case number (if known): | |

☐ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Amazon Capital Services PO Box 035184 Seattle, WA 98124 | | | | | | $4,826.52 |
| Attract Staffing Service, Inc 663 E Shipwreck Rd Santa Rosa Beach, FL 32459 | | | | | | $32,016.95 |
| Baker's School of Aeronautics 100 Glidepath Way Lebanon, TN 37090 | | | | | | $65,265.10 |
| Banyan Tree Management, LLC 4100 Legendary Drive, Suite 280 Destin, FL 32541 | | | | | | $12,528.37 |
| City of Lebanon 200 Castle Heights Ave N Lebanon, TN 37087 | | | | | | $37,861.00 |
| City of Lebanon Utilities 200 Castle Heights Ave N Lebanon, TN 37087 | | | | | | $3,651.40 |
| GROWTH CAPITAL, LLC 6987 Tartan Drive Brentwood, TN 37027 | | | | | | $1,000,000.00 |
| HD Supply P.O. Box 509058 San Diego, CA 92150 | | | | | | $2,397.72 |

Debtor **LEBANON PLATINUM, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Hilton 4649 Paysphere Circle Chicago, IL 60674** | | | | | | **$9,067.67** |
| **HIS Murfreesboro 4100 Legendary Drive Suite 280 Destin, FL 32541** | | | | | | **$5,781.83** |
| **Kaba Ilco P.O. Box 89650 Charlotte, NC 28289** | | | | | | **$3,349.98** |
| **Lee Company P.O. Box 306053 Nashville, TN 37230** | | | | | | **$2,748.84** |
| **Order 156 Fifth Ave 7th Floor New York, NY 10010** | | | | | | **$5,112.24** |
| **Orkin P O BOX 310 Cookeville, TN 38503** | | | | | | **$1,759.99** |
| **Platinum Management Services 111 Broadway Suite 300 Nashville, TN 37201** | | | | | | **$8,022.30** |
| **Proctor & Graves PO Box 1209 Mt Juliet, TN 37121** | | | | | | **$2,634.26** |
| **Sysco 300 Davidson Avenue Somerset, NH 08873** | | | | | | **$4,312.07** |
| **TK Elevator Corporation PO Box 3796 Carol Stream, IL 60132** | | | | | | **$2,240.01** |
| **Wilson County Trustee Wilson County Trustee PO Box 865 Lebanon, TN 37088** | | | | | | **$132,488.00** |
| **Windstream Enterprise PO Box 9001908 Louisville, KY 40290** | | | | | | **$9,982.66** |

LEBANON PLATINUM, LLC
111 BROADWAY SUITE 300
NASHVILLE TN 37201

STEVEN L. LEFKOVITZ
LEFKOVITZ & LEFKOVITZ
908 HARPETH VALLEY PLACE
NASHVILLE, TN 37221

AMAZON CAPITAL SERVICES
PO BOX 035184
SEATTLE WA 98124

ATTRACT STAFFING SERVICE, INC
663 E SHIPWRECK RD
SANTA ROSA BEACH FL 32459

BAKER'S SCHOOL OF AERONAUTICS
100 GLIDEPATH WAY
LEBANON TN 37090

BANYAN TREE MANAGEMENT, LLC
4100 LEGENDARY DRIVE, SUITE 280
DESTIN FL 32541

CITY OF LEBANON
200 CASTLE HEIGHTS AVE N
LEBANON TN 37087

CITY OF LEBANON UTILITIES
200 CASTLE HEIGHTS AVE N
LEBANON TN 37087

GROWTH CAPITAL, LLC
6987 TARTAN DRIVE
BRENTWOOD TN 37027

HD SUPPLY
P.O. BOX 509058
SAN DIEGO CA 92150

HILTON
4649 PAYSPHERE CIRCLE
CHICAGO IL 60674

HIS MURFREESBORO
4100 LEGENDARY DRIVE SUITE 280
DESTIN FL 32541

KABA ILCO
P.O. BOX 89650
CHARLOTTE NC 28289

LEE COMPANY
P.O. BOX 306053
NASHVILLE TN 37230

ORDER
156 FIFTH AVE 7TH FLOOR
NEW YORK NY 10010

ORKIN
P O BOX 310
COOKEVILLE TN 38503

PLATINUM MANAGEMENT SERVICES
111 BROADWAY SUITE 300
NASHVILLE TN 37201

PROCTOR & GRAVES
PO BOX 1209
MT JULIET TN 37121

SYSCO
300 DAVIDSON AVENUE
SOMERSET NH 08873

TK ELEVATOR CORPORATION
PO BOX 3796
CAROL STREAM IL 60132

WILSON COUNTY TRUSTEE
WILSON COUNTY TRUSTEE PO B86
LEBANON TN 37088

WINDSTREAM ENTERPRISE
PO BOX 9001908
LOUISVILLE KY 40290

# United States Bankruptcy Court
## Middle District of Tennessee

In re **LEBANON PLATINUM, LLC** Debtor(s)

Case No.
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **LEBANON PLATINUM, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**September 29, 2023**
Date

**/s/ Steven L. Lefkovitz**
**Steven L. Lefkovitz 5953**
Signature of Attorney or Litigant
Counsel for **LEBANON PLATINUM, LLC**

**LEFKOVITZ & LEFKOVITZ**
**908 HARPETH VALLEY PLACE**
**NASHVILLE, TN 37221**
**615-256-8300 Fax:615-255-4516**
**slefkovitz@lefkovitz.com**