# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Judge Charles M. Walker |
| **COOKEVILLE PLATINUM, LLC,** | ) | |
| **LEBANON PLATINUM, LLC,** | ) | Case No. 2:23-bk-3589 |
| **DESTIN PLATINUM, LLC,** | ) | Case No. 3:23-bk-3592 |
| **PLATINUM GATEWAY II, LLC,** | ) | Case No. 3:23-bk-3596 |
| **VMV, LLC and** | ) | Case No. 3:23-bk-3597 |
| **MURFREESBORO PLATINUM, LLC,** | ) | Case No. 3:23-bk-3598 |
| | ) | Case No. 3:23-bk-3599 |
| Debtors. | ) | |
| | ) | JOINT ADMIN REQUESTED |

## ORDER EXTENDING DEADLINE TO FILE STATEMENTS AND SCHEDULES

THIS MATTER IS BEFORE THE COURT upon the Debtors' *Motion for Entry of Order Extending Deadline to File Statements and Schedules* (the "Motion"). The Motion sought an extension of the deadline for the Debtors to file Statements and Schedules in each of the foregoing bankruptcy cases to October 27, 2023 pursuant to 11 U.S.C. § 521(a)(1) and Fed. R. Bankr. P. 1007(b) and (c).

Based on the contents of the Motion, the Debtors have established good cause to extend the deadline as requested. It is accordingly ORDERED that the deadline for the Debtors to file Statements and Schedules in each of the above-referenced bankruptcy cases is hereby extended to October 27, 2023.

IT IS SO ORDERED.

---

THIS ORDER WAS SIGNED AND ENTERED
ELECTRONICALLY AS INDICATED AT THE TOP OF THIS PAGE

---

APPROVED FOR ENTRY:

/s/ Henry E. ("Ned") Hildebrand, IV
Henry E. ("Ned") Hildebrand, IV
Gray Waldron
DUNHAM HILDEBRAND, PLLC
2416 21st Ave South, Suite 303
Nashville, TN 37212
615.933.5851
ned@dhnashville.com
gray@dhnashville.com
*Counsel for Debtors*