Form hrgnot

# UNITED STATES BANKRUPTCY COURT

### MIDDLE DISTRICT OF TENNESSEE

701 Broadway Room 170
Nashville, TN 37203

Bankruptcy Proceeding No. 3:23−bk−03592
Chapter 11
Judge Charles M Walker

In Re:
   LEBANON PLATINUM, LLC
    dba HAMPTON INN & SUITES
   111 BROADWAY SUITE 300
   Nashville, TN 37201

Social Security No.

Employer's Tax I.D. No.
   20−5961538

PLEASE TAKE NOTICE that a hearing will be held :

Courtroom 2 (Virtual hearing if allowed, see website for details), 701 Broadway, Nashville, TN 37203 on 5/8/24 at 11:00 AM

to consider and act upon the following:

*357* – Motion for Status Conference. Filed on the behalf of: Debtor LEBANON PLATINUM, LLC (RE: related document(s)313, 347). (Hildebrand, Henry)


Dated: 4/18/24                                                              /s/ TERESA C. AZAN
                                                                         Clerk, U.S. Bankruptcy Court