IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE: ) | |
| ) | |
| LEBANON PLATINUM, LLC, *et al.*[1] ) | Chapter 11 |
| ) | Judge Charles W. Walker |
| Debtors. ) | |
| ) | Case No. 3:23-bk-03592 |
| ) | (JOINTLY ADMINISTERED) |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

The undersigned, Daniel H. Puryear hereby enters his appearance as counsel for Florida Investors G6 LLC , creditor and party-in-interest in the above-captioned proceeding, and pursuant to Fed. R. Bankr. P. 2002 and 9010, on behalf of Florida Investors G6 LLC, hereby requests that all matters which must be noticed in these cases, whether sent by the Court, the Debtor(s), or any other party-in-interest in this case, be sent to the undersigned at the following address and pursuant to Rule 2002 (g), that the following be added to the Court's master mailing list.

Respectfully submitted,

/s/ Daniel H. Puryear
Daniel H. Puryear (No. 18190)
Puryear Law Group PLLC
104 Woodmont Boulevard, Suite 201
Nashville, TN 37205
615-630-6601 (phone)
615-630-6602 (fax)
ccook@puryearlawgroup.com

*Counsel for Florida Investors G6 LLC*

---

[1] The jointly administered cases are as follows: *In re Cookeville Platinum, LLC*, Case No. 2:23-bk-03589; *In re Destin Platinum, LLC*, Case No. 3:23-bk-03596; *In re Murfreesboro Platinum, LLC*, Case No. 3:23-bk-03599; *In re Platinum Gateway II, LLC*, Case No. 3:23-bk-03597; *In re VMV, LLC*, Case No. 3:23-bk-03598; and *In re Lebanon Platinum, LLC*, Case No. 3:23-bk-03592.

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing was filed electronically on June 3, 2024. Notice of this filing was sent by operation of the Court's electronic filing system to all those parties specifically requesting electronic service and as indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

      */s/ Dan Puryear*
      Dan Puryear