Charles M. Walker
U.S. Bankruptcy Judge
Dated: 7/17/2024



# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| LEBANON PLATINUM, LLC, *et al.*, | ) | Case No. 23-03592 CMW |
| | ) | (JOINTLY ADMINISTERED) |
| | ) | |
| Debtors. | ) | Chapter 11 |

### ORDER GRANTING MOTION FOR ADMISSION
### <u>*PRO HAC VICE* OF DAVID S. CATUOGNO</u>

Before this Court is the Motion for Admission *Pro Hac Vice* of David S. Catuogno (the "Motion"). Being fully advised,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

1. The Motion is granted; and

2. David S. Catuogno may appear on behalf of Hilton Franchise Holding LLC, successor in interest to Hampton Inns Franchise LLC and HTL Existing Franchise Holding LLC, creditors and interested parties, and to practice on their behalf in this case.

IT IS SO ORDERED

**THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY
AS INDICATED AT THE TOP OF THE FIRST PAGE.**

SUBMITTED FOR ENTRY BY:

K&L Gates LLP

*/s/ Joseph F. Welborn, III*
Joseph F. Welborn, III (Bar No. 015076)
501 Commerce Street
Suite 1500
Nashville, TN 37203
Tel. 615-780-6700
Fax. 615-780-6799
Joseph.welborn@klgates.com

And

David S. Catuogno (*pro hac vice* pending)
K&L Gates LLP
One Newark Center, 10th Floor
Newark, NJ 07102
Tel: 973-848-4023
Fax. 973-848-4001
David.catuogno@klgates.com

*Attorneys for Hilton Franchise Holding LLC,*
*successor in interest to Hampton Inns Franchise LLC and*
*HTL Existing Franchise Holding LLC*

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.